# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Gary Eugene Lockhart
1001 Centre Way
Charleston WV 25309-9927

(Enter above the full name of the plaintiff or plaintiffs in this action).

FILED

MAY -7 2003

SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Court
Southern District of West Virginia

**VERSUS**

**CIVIL ACTION NO.** 2:03-0403
(Number to be assigned by Court)

W. S. Frederick and
Steven D Canterbury

(Enter above the full name of the defendant or defendants in this action).

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____   No ✓

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on anther piece of paper, using the same outline).

    1.  Parties to this previous lawsuit

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2.  Court (if federal court, name the district; if state court, name the county):

        _____

        _____

    3.  Docket Number: _____

    4.  Name of judge to whom case was assigned: _____

    5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

        _____

        _____

    6.  Approximate date of filing lawsuit: _____

    7.  Approximate date of disposition: _____

II. **Place of Present Confinement:** South Central Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ___

    C. If your answer is YES:

       1. What steps did you take? I filed grievance procedures to Medical and to W.J. Frederick

       2. What was the result? None

    D. If your answer is NO, explain why not: I do not think Mr. Frederick got it - it was answered by Medical

III. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Dary E. Lockhart 1100348

       Address: 1001 South Central Regional Jail Charleston WV 25309-9427

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions,

and places of employment of any additional defendants.)

B. Defendant W L Frederick Administrator.
is employed as 1001 South Central Regional Jail
at Charleston WV 25309-9427 - (304) 558-1336 FAX(304) 558-134

C. Additional Defendants: Steven D Canterbury Executive Director WV Jail 1100 Block Virginia Street East

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

Federal Magistrate issued a direct order to the Medical Unit at South Central Regional Jail that Mr Gary Lockhart shall receve all medicon issued by V.A. Medical failed to follow order. Pod C-3 has only recycled ventilation Air. Mold around windows We are denied proper cleaning Supplys. We donot recive meals that should be surved only at +40 degrees. All meals are cold. We donot recive proper porshons of 1800 calire or 2400 calire, Medical gave me a over dose of Dilontin for over nine days. Magistrat Mary Stanley gave a order Medical failed

4

## V. RELIEF

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

to cary out order. Medical failed to answer grievance about blood tests and rebicer of medical records to out side Doctor, Medical failed to keep me out of sevaire pain, Medical failed to bring all records to Medical hearing Medical with out my aproviele catacted My Doctor a V.A. In Huntinton. about Medison. Medical put me Gary Lockhart in Harms way. High blood presure Dezures Sugar Cronic pain Broken Back bad knees Sgt Jerrett gave false statements to Federal Marshles after comeing to Jail and talking to me then for Security had Statement Sealed. — Bad Blood orks coused from cycst in Brain or Heptites C given no medison for it.

Signed this 20 day of April, 2003

Gary Eugene Lockhart
1001 South Central Regional Jail
Charleston WV 25309-9427

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-20-03
              (Date)

_Jany E. Lockhart._
Signature of Movant/Plaintiff

_____
Signature of Attorney
(If any)